UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
FRANCISCO HUERTERO,

                      Plaintiff,

    -against-

B. J. MASPETH RESTAURANT INC., et al.,

                      Defendants.
----------------------------------------------------------------------x

SUPPLEMENTAL REPORT
& RECOMMENDATION
19-CV-2850 (PKC) (SMG)

GOLD, STEVEN M., U.S.M.J.:

        On December 6, 2019, I issued Report recommending that the parties' joint motion for approval of their settlement pursuant to the Fair Labor Standards Act ("FLSA") be denied. Report and Recommendation, Dkt. 20. Apparently in response, the parties have negotiated revised settlement terms and submitted their revised agreement to the Court for review. Letter dated Dec. 24, 2019, Dkt. 22.

        The revised settlement agreement addresses each of the concerns that led to my recommendation that the parties' motion for approval be denied. First, the portion of the settlement amount to be paid to plaintiff now equals the amount of wages he claims are due. Second, the revised settlement agreement no longer includes a broad general release, but instead releases only wage and hour claims. Finally, the revised agreement no longer contains a confidentiality provision.

        For these reasons, I respectfully recommend that the parties' motion seeking approval of their revised settlement agreement be granted. Any objections to the recommendations made in this Report must be made within fourteen days after filing of this Report and Recommendation and, in any event, on or before January 9, 2020. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). Failure to file timely objections may waive the right to appeal the District Court's

order.  *See Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989) (discussing waiver under the former ten-day limit).

_____
Steven M. Gold
United States Magistrate Judge

Brooklyn, New York
December 26, 2019

U:\#Clerk Files\Decisions 2018-2019\19-cv-2850 Huertero Supplemental R&R.docx